855 A.2d 569

IN THE MATTER OF RHONDA M. ANDERSON AN ATTORNEY
AT LAW (ATTORNEY NO. 018101998).

September 8, 2004.

# O R D E R

**RHONDA M. ANDERSON** of **PHILADELPHIA, PENNSYL-VANIA,** who was admitted to the bar of this State in 1998, having pleaded guilty in the United States District Court for the Eastern District of Pennsylvania to one count of mail fraud in violation of 26 *U.S.C.A.* 1341 and 1346, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **RHONDA M. ANDERSON** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RHONDA M. ANDERSON** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that **RHONDA M. ANDERSON** be restrained and enjoined from practicing law during the period of her suspension.